UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| VAN LYNN OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-CV-149-NCC |
| | ) | |
| DAVID A. DOLAN, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Self-represented plaintiff Van Lynn Owens has filed a civil action pursuant to 42 U.S.C. § 1983. ECF No. 1. However, he has not filed a motion for leave to proceed *in forma pauperis* or paid the Court's $402 filing fee. Plaintiff will be directed to either file a motion for leave to proceed *in forma pauperis* or pay the full filing fee within **thirty (30) days** of the date of this order. *See* 28 U.S.C. § 1915(a)(1). If plaintiff files a motion to proceed *in forma pauperis*, he must include a copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(a)(2). The Court will direct the Clerk to mail plaintiff an 'Application to Proceed without Prepaying Fees and Costs' form. If plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of its 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed *in forma pauperis* or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed *in forma pauperis* or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 3rd day of November 2022.

        /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE